**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ERICKSON, SUE A.   § Case No. 11-84311
§
§
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $97,750.00          Assets Exempt: $21,949.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,308.21     Claims Discharged
                                               Without Payment: $12,416.98

Total Expenses of Administration: $3,292.79

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,399.00 (see **Exhibit 2**), yielded net receipts of $7,601.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $143,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,292.79 | 3,292.79 | 3,292.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,500.00 | 496.10 | 496.10 | 496.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,900.00 | 16,229.09 | 16,229.09 | 3,812.11 |
| **TOTAL DISBURSEMENTS** | $159,400.00 | $20,017.98 | $20,017.98 | $7,601.00 |

    4) This case was originally filed under Chapter 7 on October 03, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012     By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1983 380 SL | 1129-000 | 3,500.00 |
| 1991 Cherokee Horse Trailer | 1129-000 | 6,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sue Erickson | Pymt of Debtor's Exemptions on 1983 Mercedes $500 and Horse Trailer $1899 | 8100-002 | 2,399.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,399.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Home Mortgage | 4110-000 | 143,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$143,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,652.75 | 1,652.75 | 1,652.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.19 | 14.19 | 14.19 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,510.10 | 1,510.10 | 1,510.10 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 15.75 | 15.75 | 15.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,292.79 | $3,292.79 | $3,292.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 4,500.00 | 496.10 | 496.10 | 496.10 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,500.00 | $496.10 | $496.10 | $496.10 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 4,324.09 | 4,324.09 | 1,015.70 |
| 2 | Denise Hubbard | 7100-000 | 11,900.00 | 11,905.00 | 11,905.00 | 2,796.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,900.00 | $16,229.09 | $16,229.09 | $3,812.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84311  
**Case Name:** ERICKSON, SUE A.  
**Period Ending:** 10/02/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/03/11 (f)  
**§341(a) Meeting Date:** 11/10/11  
**Claims Bar Date:** 04/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11255 Station Street Garden Prairie, IL 61038 | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account Harris Bank | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | PayPal Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household furnishings | 2,200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous hobby equipment | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% Stock in Sue Erickson Equestrian Specialist | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1983 380 SL | 500.00 | 3,000.00 |  | 3,500.00 | FA |
| 11 | 1991 Cherokee Horse Trailer | 2,000.00 | 4,601.00 |  | 6,500.00 | FA |
| 12 | 2002 Chevy Silverado | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Horse saddles and miscellaneous equipment. | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | **Assets   Totals** (Excluding unknown values) | **$100,250.00** | **$7,801.00** |  | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   July 25, 2012  (Actual)

Printed: 10/02/2012 11:27 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84311  
**Case Name:** ERICKSON, SUE A.  
**Taxpayer ID #:** **-***3553  
**Period Ending:** 10/02/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******14-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/12 | {10} | Adam E. Moschel | Pymt for Purchase of 1983 Mercedes Benz | 1129-000 | 3,500.00 | | 3,500.00 |
| 02/20/12 | {11} | Valerie Gramm | Pymt for Purchase of Horse Trailer | 1129-000 | 6,500.00 | | 10,000.00 |
| 02/23/12 | 101 | Sue Erickson | Pymt of Debtor's Exemptions on 1983 Mercedes $500 and Horse Trailer $1899 | 8100-002 | | 2,399.00 | 7,601.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,576.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,551.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,526.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,501.00 |
| 06/04/12 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-84311, #016018067 | 2300-000 | | 14.19 | 7,486.81 |
| 07/25/12 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,510.10, Trustee Compensation; Reference: | 2100-000 | | 1,510.10 | 5,976.71 |
| 07/25/12 | 104 | Denise Hubbard | Distribution paid 23.48% on $11,905.00; Claim# 2; Filed: $11,905.00; Reference: | 7100-000 | | 2,796.41 | 3,180.30 |
| 07/25/12 | 105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXPENSES | | | 1,668.50 | 1,511.80 |
| | | | Dividend paid 100.00%   1,652.75 on $1,652.75; Claim# ATTY; Filed: $1,652.75 | 3110-000 | | | 1,511.80 |
| | | | Dividend paid 100.00%   15.75 on $15.75; Claim# EXPENSES; Filed: $15.75 | 3120-000 | | | 1,511.80 |
| 07/25/12 | 106 | Internal Revenue Service | Combined Check for Claims#1P,1U | | | 1,511.80 | 0.00 |
| | | | Dividend paid 100.00%   496.10 on $496.10; Claim# 1P; Filed: $496.10 | 5800-000 | | | 0.00 |
| | | | Dividend paid 23.48%   1,015.70 on $4,324.09; Claim# 1U; Filed: $4,324.09 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,000.00 | 10,000.00  $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 10,000.00 | 10,000.00 |
| Less: Payments to Debtors | | 2,399.00 |
| NET Receipts / Disbursements | **$10,000.00** | **$7,601.00** |

{} Asset reference(s)                                                                                       Printed: 10/02/2012 11:27 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-84311 | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|
| **Case Name:** | ERICKSON, SUE A. | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******14-66 - Checking Account |
| **Taxpayer ID #:** | **-***3553 | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 10/02/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :        10,000.00
Less Payments to Debtor :      2,399.00
                          _____
            Net Estate :     $7,601.00
```

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | | | | | |
| | | **Checking # 9200-******14-66** | | | 10,000.00 | 7,601.00 | 0.00 |
| | | | | | **$10,000.00** | **$7,601.00** | **$0.00** |

{} Asset reference(s)    Printed: 10/02/2012 11:27 AM    V.13.04